AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Alan Martin and Dax Partners LP on behalf of
themselves and all others similarly situated

V.

Amaranth LLC et al.,

see attachment A

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 cv 7592**

TO: (Name and address of Defendant)

Amaranth Capital Partners LLC
One American Lane
Greenwich, CT 06831

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**   AUG 2 4 2007

CLERK   DATE

(By) DEPUTY CLERK

Our File # 29111
Client File #

UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
SOUTHERN DISTRICT COURT

Index # 07CV7592
Date of Filing 8/24/07

ALAN MARTIN AND DAX PARTNERS LP ON BEHALF OF
Themselves AND ALL OTHER SIMILARLY SITUATED

*Plaintiff*

*AFFIDAVIT OF SERVICE*

*against*
AMARANTH LLC, ET AL

*Defendant*

STATE OF NEW YORK, COUNTY OF WESTCHESTER  ss: JOHN WILLIAMS The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the STATE OF NEW YORK
That on SEPTEMBER 7 2007 at 3:55PM., at ONE AMERICAN LANE, GREENWICH, CT 06831
Deponent served the within

SUMMONS AND COMPLAINT

On AMARANTH CAPITAL PARTNERS LLC                             ☒ Papers served had endorsed thereon index # and date of filing

☐ **Individual**  by delivering a true copy *of each* to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation**   ☐ Religious Entity   ☐ Government Entity   ☐ Law Office   ☐ Medical Facility   ☐ Partnership   ☐ Other

by delivering thereat a true copy of each to ALLEN MATANO.
Said individual stated she/he is a managing/authorized agent of the corporation, thereof, authorized to accept legal process.

☐ **Suitable Age Person**  by delivering thereat a true copy *of each to* a person of suitable age and discretion.
Said premises is recipient's ☐ actual place of business   ☐ dwelling place   ☐ usual place of abode   ☐ last known address within the state. Person spoken to verified that defendant actually resides/is employed at these premises.

☐ **Affixing To Door**  by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business   ☐ dwelling place
☐ last known address---within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there:   Address Confirmed by

☐ **Mailing**  On  deponent enclosed a copy of same in first class envelope properly addressed to recipient's last known
☐ Residence   ☐ Business at:
The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
The envelope was placed in an official depository under the exclusive care and custody of the U.S. Postal Service.

☒ **Description**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ White/Hispanic | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |
| | | | ☐ Bald | | | |

Other identifying features:

☐ **Fees**  At the time of said service, deponent paid (tendered) in advance $          the authorized traveling expenses and one day's witness fee.

☐ **Military**  Defendant in the above entitled action. In response to my questions said person told me that the Defendant was not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity. From the facts above set forth, I am convinced that the said Defendant is not in the military service at the present time.

Sworn to before me on

December 5, 2007

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29,

JOHN WILLIAMS

**Attachment A**

---------------------------------------------------------------x
ALAN MARTIN and DAX PARTNERS LP,                :
individually and behalf of all other            :
persons similarly situated,                     :
                                                :
                                    Plaintiffs, :
                                                :
-against-                                       :
                                                :
AMARANTH L.L.C.,                                :
AMARANTH ADVISORS, L.L.C.,                      :
AMARANTH ADVISORS (CALGARY)                     :
U.L.C., AMARANTH GROUP INC.,                    :
AMARANTH INTERNATIONAL LIMITED,                 :
AMARANTH PARTNERS LLC, AMARANTH                 :
CAPITAL PARTNERS LLC, NICHOLAS M.               :
MAOUNIS, BRIAN HUNTER, MATTHEW                  :
DONOHOE, J.P. MORGAN CHASE & CO.,               :
J.P. MORGAN CHASE BANK, INC.,                   :
J.P. MORGAN FUTURES, INC., AND JOHN             :
DOES NO. 1-10,                                  :
                                                :
                                    Defendants. :
---------------------------------------------------------------x