AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Alan Martin and Dax Partners LP on behalf of themselves and all others similarly situated

V.

Amaranth LLC et al.,

see attachment A

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 7592

TO: (Name and address of Defendant)

J.P. Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   AUG 2 4 2007

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 7592                                              Date Filed: _____

Plaintiff:
**ALAN MARTIN and DAX PARTNERS LP on behalf of themselves and all others similarly situated**

vs.

Defendant:
**AMARANTH LLC, et al.**

Received by ASK Litigation Support, Inc. to be served on **J.P. MORGAN CHASE & CO., One Chase Manhattan Plaza, New York,, NY 10005-1401**.

I, Simon Kahn, being duly sworn, depose and say that on the **7th day of September, 2007** at **4:00 pm**, I:

Personally delivered a true copy of the **Summons & Complaint, Civil Cover Sheet, Statement of Relatedness, Rule 7.1 Statement and 3rd Amended Instructions for ECF** to Linda Platone, Legal Specialist, Legal Dep't. and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 160, Hair: Blond, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____9/14/07_____
                    DATE

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000565

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

**Attachment A**

------------------------------------------------------------x
ALAN MARTIN and DAX PARTNERS LP,            :
individually and behalf of all other        :
persons similarly situated,                 :
                                            :
                            Plaintiffs,     :
                                            :
-against-                                   :
                                            :
AMARANTH L.L.C.,                            :
AMARANTH ADVISORS, L.L.C.,                  :
AMARANTH ADVISORS (CALGARY)                 :
U.L.C., AMARANTH GROUP INC.,                :
AMARANTH INTERNATIONAL LIMITED,             :
AMARANTH PARTNERS LLC, AMARANTH             :
CAPITAL PARTNERS LLC, NICHOLAS M.           :
MAOUNIS, BRIAN HUNTER, MATTHEW              :
DONOHOE, J.P. MORGAN CHASE & CO.,           :
J.P. MORGAN CHASE BANK, INC.,               :
J.P. MORGAN FUTURES, INC., AND JOHN         :
DOES NO. 1-10,                              :
                                            :
                            Defendants.     :
------------------------------------------------------------x