✎AO 440  (Rev. 8/01)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern      District of      New York

Alan Martin and Dax Partners LP on behalf of
themselves and all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

Amaranth LLC et al.,

see attachment A

CASE NUMBER:

**07 CV 7592**

TO: (Name and address of Defendant)

Amaranth Advisors (Calgary) U.L.C.
Regus Bankers Hall
888 3rd Street SW, 10th Floor
Clalgary, Alberta T2P 5C5

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110

an answer to the complaint which is served on you with this summons, within _____ 20 (twenty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

AUG 2 4 2007

CLERK                                   DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/5/07 |
| NAME OF SERVER *(PRINT)* Kenneth Smith | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): delivered to Counsel for Amaranth Advisors (Calgary) U.L.C. Winston + Strawn 200 Park Ave. NY, NY

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-18-07
_____        _____
Date                              *Signature of Server*

500 5th Ave. NY, NY 10110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Attachment A**

```
-------------------------------------------------------------x
ALAN MARTIN and DAX PARTNERS LP,                 :
individually and behalf of all other             :
persons similarly situated,                      :
                                                 :
                                   Plaintiffs,   :
                                                 :
-against-                                        :
                                                 :
AMARANTH L.L.C.,                                 :
AMARANTH ADVISORS, L.L.C.,                       :
AMARANTH ADVISORS (CALGARY)                      :
U.L.C., AMARANTH GROUP INC.,                     :
AMARANTH INTERNATIONAL LIMITED,                  :
AMARANTH PARTNERS LLC, AMARANTH                  :
CAPITAL PARTNERS LLC, NICHOLAS M.                :
MAOUNIS, BRIAN HUNTER, MATTHEW                   :
DONOHOE, J.P. MORGAN CHASE & CO.,                :
J.P. MORGAN CHASE BANK, INC.,                    :
J.P. MORGAN FUTURES, INC., AND JOHN              :
DOES NO. 1-10,                                   :
                                                 :
                                   Defendants.   :
-------------------------------------------------------------x
```