AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Alan Martin and Dax Partners LP on behalf of themselves and all others similarly situated

V.

Amaranth LLC et al.,

see attachment A

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 cv 7592**

TO: (Name and address of Defendant)

Matthew Donohoe
c/o Amaranth Group Inc.
One American Lane
Greenwich, CT 06831

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

AUG 2 4 2007

CLERK                                    DATE

(By) DEPUTY [signature]

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  12/21/2007 |
| NAME OF SERVER *(PRINT)*  Travis Carter | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Hand delivered to Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY, 10017-3954 (Counsel for Defendant Matthew Donohoe)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/2007
              Date                  *Signature of Server*

500 Fifth Ave., 58th Fl., New York, NY, 10110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Attachment A**

```
-----------------------------------------------------------x
ALAN MARTIN and DAX PARTNERS LP,              :
individually and behalf of all other          :
persons similarly situated,                   :
                                              :
                              Plaintiffs,     :
                                              :
-against-                                     :
                                              :
AMARANTH L.L.C.,                              :
AMARANTH ADVISORS, L.L.C.,                    :
AMARANTH ADVISORS (CALGARY)                   :
U.L.C., AMARANTH GROUP INC.,                  :
AMARANTH INTERNATIONAL LIMITED,               :
AMARANTH PARTNERS LLC, AMARANTH               :
CAPITAL PARTNERS LLC, NICHOLAS M.             :
MAOUNIS, BRIAN HUNTER, MATTHEW                :
DONOHOE, J.P. MORGAN CHASE & CO.,             :
J.P. MORGAN CHASE BANK, INC.,                 :
J.P. MORGAN FUTURES, INC., AND JOHN           :
DOES NO. 1-10,                                :
                                              :
                              Defendants.     :
-----------------------------------------------------------x
```