AO 40 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Alan Martin and Dax Partners LP on behalf of themselves and all others similarly situated

V.

Amaranth LLC et al.,

see attachment A

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-cv-7592

TO: (Name and address of Defendant)

Amaranth International Limited
c/o DUNDEE LEEDS MANAGEMENT SERVICES LTD.
129 FRONT STREET
HAMILTON HM 12

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  AUG 24 2007

## AFFIDAVIT

**Court:** UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Re:** ALAN MARTIN, et al., Plaintiffs
v.
AMARANTH LLC, et al., Defendants

**Index No.:** 07 CV 7592

Bermuda            )
                   ) ss.
City of HAMILTON   )

I declare that I, WILLIAM NORMAN BUTTERWORTH, am a resident of Bermuda, over the age of twenty-one, not a party nor an attorney for any party in this action, and that within the boundaries of the country where service was effected, I was authorized to perform the following service:

Service upon **Amaranth International Limited** was accomplished by delivering the Summons in a Civil Action with Attachment A, Civil Cover Sheet with Attachment A and B, Rule 7.1 Statement, Statement of Relatedness, Class Action Complaint, Plaintiff's Consolidated Class Action Complaint, and Jury Trial Demanded, personally and in person to Amaranth International Limited, by leaving with the following:

Name and Title: MR TIM MORRIS - FUND MANAGER

At the address of: C/O DUNDEE LEEDS MANAGEMENT SERVICES LTD
129 FRONT STREET, HAMILTON, BERMUDA

On the 7TC day of JANUARY, 2008 at 10-33 a.m./p.m.

**Description of person served:**

Race W   Hair color BLONDE   Height: 6'-3"   Weight 200   Gender M   Age —

Signature of Server _____

SUBSCRIBED AND SWORN to before me this 13th day of Feb, 2008.




Notary _____

Wendell Malcolm Hollis
Notary Public
Hamilton, Bermuda

My commission does not
expire under the laws
the Islands of Bermuda.

**Attachment A**

------------------------------------------------------------x
ALAN MARTIN and DAX PARTNERS LP,
individually and behalf of all other
persons similarly situated,

                              Plaintiffs,

-against-

AMARANTH L.L.C.,
AMARANTH ADVISORS, L.L.C.,
AMARANTH ADVISORS (CALGARY)
U.L.C., AMARANTH GROUP INC.,
AMARANTH INTERNATIONAL LIMITED,
AMARANTH PARTNERS LLC, AMARANTH
CAPITAL PARTNERS LLC, NICHOLAS M.
MAOUNIS, BRIAN HUNTER, MATTHEW
DONOHOE, J.P. MORGAN CHASE & CO.,
J.P. MORGAN CHASE BANK, INC.,
J.P. MORGAN FUTURES, INC., AND JOHN
DOES NO. 1-10,

                              Defendants.
------------------------------------------------------------x