UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

This Document Relates To: All Actions

MASTER FILE
NO. 07-CV-6377 (SAS)



## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the parties, through counsel, have conferred and agreed upon the filing by plaintiffs of a Corrected Consolidated Class Action Complaint and adjustment of the briefing schedule on any motion(s) to dismiss accordingly;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their counsel as follows:

1. Plaintiffs shall serve and file a Corrected Consolidated Class Action Complaint on or before February 14, 2008.

2. Defendants shall serve and file any motion(s) to dismiss on or before April 14, 2008.

3. Plaintiffs shall serve and file their papers in opposition to defendants' motion(s) to dismiss on or before May 30, 2008.

4. Defendants shall serve and file reply papers in further support of their motion(s) to dismiss on or before June 30, 2008.

Dated: February 13, 2008

                                  LOUIS F. BURKE, P.C.

                                  By: *Louis Burke* (VB)
                                  Louis F. Burke (LB 4686)
                                  460 Park Avenue, 21ST Floor
New York, NY 10022
(212) 682-1700
(212) 808-4280 (fax)

Christopher Lovell (CL 2595)
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
(212) 719-4677 (fax)

Vincent Briganti (VB 1497)
Geoffrey M. Horn (GH 4179)
LOWEY DANNENBERG COHEN & HART, P.C.
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601-2310
(914) 997-0500
(914) 997-0032 (fax)

*Co-Lead Counsel for Plaintiffs*

Dated: February 14, 2008

                                  HELLER EHRMAN LLP

                                  By: *Geoffrey F. Aronow*
                                  Geoffrey F. Aronow
1717 Rhode Island Avenue NW
Washington, D.C. 20036-3023
(202) 912-2000
(202) 912- 2020(fax)

*Attorneys for Defendant Nicholas M. Maounis*

{2026 / STIP / 00084282.DOC v1}              2

Dated: February 13, 2008

                                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP

By: /s/ Daniel J. Toal

Eric S. Goldstein
Daniel J. Toal
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
(212) 757-3990 (fax)

*Attorneys for Defendant J. P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Dated: February 13, 2008

WINSTON & STRAWN LLP

By: /s/ Stephen Senderowitz

Stephen Senderowitz
200 Park Avenue
New York, NY 10166
(212) 294-6700
(212) 294-4700 (fax)

*Attorneys for Defendant Amaranth Advisors L.L.C., Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULC*

Dated: February 14, 2008

DAVIS POLK & WARDWELL

By: /s/ Amelia T.R. Starr

Amelia T.R. Starr
450 Lexington Avenue
New York, New York 10017
(212) 450-4516
(212) 450-3516 (fax)

*Attorneys for Defendant Amaranth L.L.C.*

Dated: February 13, 2008

                                      SHEARMAN & STERLING LLP

                                      By: _____
                                            Adam Hakki
                                      599 Lexington Avenue 10022
                                      New York, New York
                                      (212) 848-4000
                                      (212) 848-7179 (fax)

                                      *Attorneys for Defendant Amaranth International Limited*

Dated: February 14, 2008

                                      KOBRE & KIM LLP

                                      By: _____
                                            Michael S. Kim
                                      800 Third Avenue
                                      New York, New York 10022
                                      (212) 488-1200
                                      (212) 488-1220 (fax)

                                      *Attorneys for Defendant Brian Hunter*

Dated: February 13, 2008

                                      SIMPSON THACHER & BARTLETT LLP

                                      By: _____
                                            Mark J. Stein
                                      425 Lexington Avenue
                                      New York, New York 10017
                                      (212) 455-2310
                                      (212) 455-2502

                                      *Attorneys for Defendant Matthew Donohoe*

SO ORDERED this ___ day of February___, 2008.

_____
SHIRA A SCHEINDLIN, U.S.D.J.