UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS : MASTER FILE
COMMODITIES LITIGATION : NO: 07 CV-6377
:
This Document Relates To: : [~~PROPOSED~~] ORDER FOR ADMISSION
: PRO HAC VICE
ALL ACTIONS : ON WRITTEN MOTION

Upon the motion of Richard S. Goldstein, attorney for defendant Nicholas M. Maounis in the above-captioned cases,

**IT IS HEREBY ORDERED** that

    Applicant's Name: Thomas S. Kimbrell

    Firm Name: Heller Ehrman LLP

    Address: 1717 Rhode Island Avenue, N.W.

    City/State/Zip: Washington, D.C., 20036-3023

    Telephone/Fax: 202-912-2604/202-912-2020

    Email Address: Tom.Kimbrell@hellerehrman.com

is admitted to practice *pro hac vice* as counsel for defendant Nicholas M. Maounis in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 3/17/08
New York, New York

                                              _____
                                              United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/17/08]

FOR OFFICE USE ONLY   FEE PAID $          SDNY RECEIPT#

NY 788611 v1