AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

In Re: Amaranth Natural Gas Commodities Ligitation

**APPEARANCE**

Case Number: 07 CIV 6377

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Amaranth LLC

I certify that I am admitted to practice in this court.

3/25/2008
Date

*[Signature: Amelia T.R. Starr]*
Signature

Amelia T. R. Starr — AS 2286
Print Name — Bar Number

450 Lexington Avenue
Address

New York — NY — 10017
City — State — Zip Code

(212) 450-4516 — (212) 450-3516
Phone Number — Fax Number