AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

In Re: Amaranth Natural Gas Commodities Litigation

**APPEARANCE**

Case Number: 07 CIV 6377

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Amaranth LLC

I certify that I am admitted to practice in this court.

March 24, 2008
Date

*/s/ Frederick*
Signature

Dharma Betancourt Frederick — DF 1821
Print Name — Bar Number

450 Lexington Avenue
Address

New York — NY — 10017
City — State — Zip Code

(212) 450-4116 — (212) 450-3116
Phone Number — Fax Number