David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700

*Attorneys for Defendants Amaranth Advisors L.L.C.*
*and Amaranth Advisors (Calgary) ULC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                            :
**IN RE: AMARANTH NATURAL GAS**
**COMMODITIES LITIGATION**                        :            **Electronically Filed**

**This Document Relates to:**                      :      **Master File No.: 07 Civ. 6377 (SAS)**

**ALL ACTIONS**                                    :            **Oral Argument Requested**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**NOTICE OF MOTION TO DISMISS THE**
**CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT BY**
**DEFENDANTS AMARANTH ADVISORS L.L.C. AND**
**<u>AMARANTH ADVISORS (CALGARY) ULC</u>**

       **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and

declaration and exhibits thereto, and upon all prior pleadings and proceedings herein, Defendants

Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC, by and through their

undersigned counsel, respectfully move this Court, before the Honorable Shira A. Scheindlin,

United States District Judge, at the United States District Court, Southern District of New York,

500 Pearl Street, New York, New York, on such day and at such time designated by the Court,

for an order (a) pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(1) and/or 8(a)

dismissing this action for failure to state a claim upon which relief may be granted or, in the

alternative, pursuant to Federal Rule of Civil Procedure 9(b) dismissing this action for failure to

plead fraud with particularity; and (b) granting such other relief as this Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to the schedule set by the Court, papers in opposition to this motion shall be served on or before May 30, 2008, and Defendants' reply papers shall be served on or before June 30, 2008.

Dated: New York, New York
     April 28, 2008

                           Respectfully submitted,

                           **WINSTON & STRAWN LLP**

                           By: /s/ David E. Mollón
                              David E. Mollón (DM-5624)
                              Steven M. Schwartz (SS-4216)
                              dmollon@winston.com
                              sschwartz@winston.com

                              200 Park Avenue
                              New York, New York 10166
                              (212) 294-6700

                              Stephen J. Senderowitz
                              Kristen V. Grisius
                              Gretchen A. Vetter
                              ssenderowitz@winston.com
                              kgrisius@winston.com
                              gvetter@winston.com

                              35 West Wacker Drive
                              Chicago, IL 60601
                              (312) 558-5600

                              *Attorneys for Defendants Amaranth*
                              *Advisors L.L.C. and Amaranth Advisors*
                              *(Calgary) ULC*

TO:
Vincent Briganti, Esq.
Geoffrey M. Horn, Esq.
Lowey Dannenburg Bemporad Selinger & Cohen, P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601

Gregory Asciolla, Esq.
Bernard Persky, Esq.
Labatow Sucharow & Rudoff LLP
140 Broadway
New York, NY 10117

Louis F. Burke, Esq.
Louis F. Burke PC
460 Park Avenue 21st Floor
New York, NY 10022

Christopher J. Gray, Esq.
Law Office of Christopher J. Gray P.C.
460 Park Avenue 21st Floor
New York, NY 10022

Samuel Howard Rudman, Esq.
Robert M. Rothman, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road
Melville, NY 11747

Christopher Lovell, Esq.
Ian Trevor Stoll, Esq.
Lovell Stewart Halebaian LLP
500 Fifth Avenue 58th Floor
New York, NY 10110

*Attorneys for Plaintiffs*

Geoffrey Aronow, Esq.
Joseph Fagan, Esq.
Heller Ehrman LLP
7 Times Square
New York, NY 10036

*Attorneys for Defendant Nicholas Maounis*

Karl Geercken, Esq.
Alan Mark Kanzer, Esq.
Craig Carpenito, Esq.

Alston & Bird, LLP
90 Park Avenue
New York, NY 10016

*Attorneys for Defendant TFS Energy Futures Inc.*

Amelia T.R. Starr, Esq.
Sheldon L. Pollock, Esq.
Dharma B. Frederick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant Amaranth LLC*

Steven R. Golderg, Esq.
Steven R. Goldberg, Attorney-at-Law
One North End Avenue, Suite 1107
New York, NY 10282

*Attorneys for Defendant ALX Energy Inc.*

Mark Stein, Esq.
Brijesh Dave, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant Matthew Donohoe*

Adam Hakki, Esq.
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

*Attorneys for Defendant Amaranth International Limited*

Marguerite Dougherty, Esq.
Eric S. Goldstein, Esq.
Mark Pomerantz, Esq.
Daniel Toal, Esq.
Jason Wilson, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

*Attorneys for Defendant J.P. Morgan Chase & Co.*

4

Michael S. Kim, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

*Attorneys for Defendant Brian Hunter*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION** | : |
| | : |
| **This Document Relates to:** | |
| | :   07 Civ. 6377 (SAS) |
| **ALL ACTIONS** | |
| | : |
| |     **CERTIFICATE OF SERVICE** |
| | : |
| | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        I, KENNETH DAVID WEST, hereby certify under penalty of perjury that on April 28, 2008 I caused to be served **Memorandum of Law In Support of Motion to Dismiss the Corrected Consolidated Class Action Complaint by Defendants Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC, Notice of Motion to Dismiss the Corrected Consolidated Class Action Complaint by Defendants Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC and Declaration of David E. Mollón with exhibits dated April 28, 2008,** by operation of the Court's Electronic Case Filing system and by the means indicated below, upon the following counsel:

> **By E-mail and Overnight Delivery**
> Vincent Briganti, Esq.
> Geoffrey M. Horn, Esq.
> Lowey Dannenburg Bemporad Selinger & Cohen, P.C.
> White Plains Plaza
> One North Broadway
> White Plains, NY 10601

CHI:2082302.4

**By E-mail and Overnight Delivery**
Gregory Asciolla, Esq.
Bernard Persky, Esq.
Labatow Sucharow & Rudoff LLP
140 Broadway
New York, NY 10117


**By E-mail and Overnight Delivery**
Louis F. Burke, Esq.
Louis F. Burke PC
460 Park Avenue 21st Floor
New York, NY 10022

**By E-mail and Overnight Delivery**
Christopher J. Gray, Esq.
Law Office of Christopher J. Gray P.C.
460 Park Avenue 21st Floor
New York, NY 10022

**By E-mail and Overnight Delivery**
Samuel Howard Rudman, Esq.
Robert M. Rothman, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road
Melville, NY 11747

**By E-mail and Overnight Delivery**
Christopher Lovell, Esq.
Ian Trevor Stoll, Esq.
Lovell Stewart Halebaian LLP
500 Fifth Avenue 58th Floor
New York, NY 10110

**By E-mail and Overnight Delivery**
Geoffrey Aronow, Esq.
Joseph Fagan, Esq.
Heller Ehrman LLP
7 Times Square
New York, NY 10036

**By E-mail and Overnight Delivery**
Karl Geercken, Esq.
Alan Mark Kanzer, Esq.
Craig Carpenito, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016

2

**By E-mail and Overnight Delivery**
Amelia T.R. Starr, Esq.
Sheldon L. Pollock, Esq.
Dharma B. Frederick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**By E-mail and Overnight Delivery**
Steven R. Golderg, Esq.
Steven R. Goldberg, Attorney-at-Law
One North End Avenue, Suite 1107
New York, NY 10282

**By E-mail and Overnight Delivery**
Mark Stein, Esq.
Brijesh Dave, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

**By E-mail and Overnight Delivery**
Adam Hakki, Esq.
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

**By E-mail and Overnight Delivery**
Marguerite Dougherty, Esq.
Eric S. Goldstein, Esq.
Mark Pomerantz, Esq.
Daniel Toal, Esq.
Jason Wilson, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**By E-mail and Overnight Delivery**
Michael S. Kim, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Dated: New York, New York
        April 28, 2008

3

_____
KENNETH DAVID WEST

4