HELLER EHRMAN LLP

Geoffrey F. Aronow (*pro hac vice*)
Thomas S. Kimbrell (*pro hac vice*)
1717 Rhode Island Avenue, NW
Washington, DC 20036

Richard S. Goldstein (RG-9560)
Andrew Levine (AL-3552)
Times Square Tower
7 Times Square
New York, NY 10036

*Attorneys for Defendant Nicholas M. Maounis*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION | MASTER FILE NO. 07 Civ. 6377 (SAS) |
| | **ECF Case** |
| This Document Relates To: | **NOTICE OF MOTION TO DISMISS** |
| ALL ACTIONS | **Oral Argument Requested** |

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law of Defendant Nicholas

M. Maounis in Support of His Motion to Dismiss the Corrected Consolidated Complaint in the

above-captioned matter, Defendant Nicholas M. Maounis hereby moves this Court for an order,

pursuant to Rules 12(b)(6), 8(a) and 9(b) of the Federal Rules of Civil Procedure, dismissing

with prejudice all claims of the Complaint against him, for failure to plead fraud with

particularity, and for such further relief as the Court deems proper and just.

Dated:   April 28, 2008
         New York, New York

                              Respectfully submitted,
                              HELLER EHRMAN LLP

                              /s/ Geoffrey F. Aronow_____
                              Geoffrey F. Aronow (*pro hac vice*)
                              geoffrey.aronow@hellerehrman.com
                              Thomas S. Kimbrell (*pro hac vice*)
                              thomas.kimbrell@hellerehrman.com
                              1717 Rhode Island Avenue, NW
                              Washington, DC 20036
                              (202) 912-2000 - Telephone
                              (202) 912-2020 - Facsimile

                              Richard S. Goldstein (RG-9560)
                              richard.goldstein@hellerehrman.com
                              Andrew Levine (AL-3552)
                              andrew.levine@hellerehrman.com
                              Times Square Tower
                              7 Times Square
                              New York, NY 10036
                              (212) 832-8300 - Telephone
                              (212) 763-7600 - Facsimile

                              *Attorneys for Defendant Nicholas M. Maounis*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION | MASTER FILE NO. 07 Civ. 6377 (SAS) |
| | **ECF Case** |
| This Document Relates To: | |
| ALL ACTIONS | |

**CERTIFICATE OF SERVICE**

    I, Andrew Levine, an attorney, hereby certify that, on the 28th day of April 2008, I caused a true and correct copy of the Notice of Motion and Memorandum of Law of Defendant Nicholas M. Maounis in Support of His Motion to Dismiss the Corrected Consolidated Complaint in the above-captioned cases to be served on the parties listed below by the Court's Electronic Case Filing system and by electronic mail.

Dated:  New York, New York            /s/ Andrew Levine
          April 28, 2008                       Andrew Levine

Vincent Briganti
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
*Co-Lead Counsel for Plaintiffs*

Geoffrey Milbank Horn
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.,
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
ghorn@lowey.com
*Co-Lead Counsel for Plaintiffs*

Louis F. Burke PC
460 Park Avenue 21st Floor
New York, NY 10022
(212) 682-1700
Fax: (212) 808-4280
lburke@lfblaw.com
*Co-Lead Counsel for Plaintiffs*

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677
lshllp@lshllp.com
*Co-Lead Counsel for Plaintiffs*

Ian Trevor Stoll
Lovell Stewart Halebian, LLP
500 Fifth Avenue, 58th Flr.
New York, NY 10110
(212)-608-1900
Fax: (212) 719-4677
istoll@excite.com
*Co-Lead Counsel for Plaintiffs*

Bernard Persky
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0868
Fax: (212) 883-7068
bpersky@labaton.com
*Attorney for Consolidated Plaintiff John F. Special*

Gregory Scott Asciolla
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0827
Fax: (212) 818-0477
gasciolla@labaton.com
*Attorney for Consolidated Plaintiff John F. Special*

Daniel John Toal
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3869
Fax: (212) 492-0869
dtoal@paulweiss.com
*Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Eric S. Goldstein
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Fax: (212) 492-0204
egoldstein@paulweiss.com
*Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Marguerite Sophia Dougherty
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3148
Fax: (212) 492-0148
mdougherty@paulweiss.com
*Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Mark Floyd Pomerantz
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212.373.3010
Fax: (212) 373.0010
mpomerantz@paulweiss.com
*Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Jason Harold Wilson
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3780
Fax: (212) 492-0780
jwilson@paulweiss.com
*Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Christopher J. Gray
Law Office of Christopher J. Gray, P.C
460 Park Avenue 21st Floor
New York, NY 10022
(212) 838-3221
Fax: (212) 508-3695
gray@cjgraylaw.com
*Attorney for Plaintiff Roberto E. Calle Gracey*

Robert M. Rothman
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
rrothman@csgrr.com
*Attorney for Consolidated Plaintiff Gregory H. Smith*

Samuel Howard Rudman
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
*Attorney for Consolidated Plaintiff Gregory H. Smith*

Amelia T.R. Starr
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
Fax: (212) 450-3516
amelia.starr@dpw.com
*Attorney for Defendant Amaranth LLC*

Dharma Betancourt Frederick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4115
Fax: (212) 450-3516
dharma.frederick@dpw.com
*Attorney for Defendant Amaranth LLC*

Michael S. Kim
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212) 488-1200
Fax: (212) 488-1220
michael.kim@kobrekim.com
*Attorney for Defendant Brian Hunter*

Mark J. Stein
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2310
Fax: (212) 455-2502
mstein@stblaw.com
*Attorney for Defendant Matthew Donohoe*

Brijesh P. David
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
Fax: (212) 455-2502
bdave@stblaw.com
*Attorney for Defendant Matthew Donohoe*

David Emilio Mollon
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
(212) 294-4700
Fax: (212) 294-4700
dmollon@winston.com
*Attorney for Defendants Amaranth Advisors LLC, Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULS*

Steven M. Schwartz
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
(212) 294-6604
Fax: (212) 294-4700
Sschwartz@winston.com
*Attorney for Defendants Amaranth Advisors LLC, Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULS*

Adam Hakki
Sherman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
(212) 848 4924
Fax: 212 848 7179
ahakki@shearman.com
*Attorneys for Defendant Amaranth International Limited*

Karl Geercken
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Fax:  212-210-9444
karl.geercken@alston.com
*Attorneys for Defendant TFS Energy Futures LLC*

Alan Mark Kanzer
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9480
Fax:  212-210-9444
alan.kanzer@alston.com
*Attorneys for Defendant TFS Energy Futures LLC*

6

Craig Carpenito
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9582
Fax: 212-210-9444
craig.carpenito@alston.com
*Attorneys for Defendant TFS Energy Futures LLC*

Sheldon Leo Pollock, III
Danzig Fishman & Decea
1 No. Broadway
White Plains, NY 10601
(212) 450-4000
Fax: (212) 450-3956
sheldon.pollock@dpw.com
*Attorneys for Defendant Amaranth LLC*

Steven R. Goldberg, Esq.
One North End Avenue
World Financial Center
11th Floor, Suite 1107
New York, NY 10282
(212) 845-5100
Fax: (212) 845-5102
sgoldberg@mbfcc.com
*Attorney for James Delucia and ALX Energy, Inc.*