**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) ) MASTER FILE NO. <br> 07 CIV. 6377 (SAS) <br><br> **ECF Case** |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE, that, upon the accompanying Memorandum of Law, Defendant Amaranth LLC (the "Master Fund"), by its undersigned attorneys, will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and place to be determined by this Court, for an Order (a) dismissing with prejudice the claims asserted against it in Plaintiffs' Corrected Consolidated Class Action Complaint pursuant to Rules 12(b)(6), 9(b), and 8(a) of the Federal Rules of Civil Procedure; and (b) granting such other relief as this Court deems just and proper.

The grounds for this motion are set forth in the memorandum of law filed by the Master Fund and Defendants Amaranth International Limited, Amaranth Capital Partners LLC, and Amaranth Partners LLC, all other pleadings and proceedings in this action,

such matters and facts of which the Court may take judicial notice, and any argument of counsel herein.

    The Fund respectfully requests oral argument on this motion.

Dated:   New York, New York
           June 23, 2008

                                              Respectfully Submitted,

                                              /s/  Amelia T.R. Starr

                                              Amelia T.R. Starr (AS 2286)
                                              Sheldon L. Pollock (SP 8696)
                                              Dharma B. Frederick (DF 1821)
                                              DAVIS POLK & WARDWELL
                                              450 Lexington Avenue
                                              New York, New York 10017
                                              Tel: (212) 450-4000
                                              Fax: (212) 450-3800

                                              *Counsel for Amaranth LLC*

## CERTIFICATE OF SERVICE

      I, Dharma Betancourt Frederick, an attorney admitted to practice in this District, hereby certify that on June 23, 2008, I caused a true copy of the foregoing Notice of Motion to Dismiss and the accompanying Memorandum of Law to be served on the individuals listed on the attached service list by the court's ECF system, or by electronic mail where ECF service was not available.

Dated:   New York, New York  
           June 23, 2008

                                                  /s/  Dharma Betancourt Frederick  
                                                       Dharma Betancourt Frederick

**SERVICE LIST**

*Counsel for Plaintiffs*

| | |
|---|---|
| Louis F. Burke<br>lburke@lfblaw.com<br>LOUIS F. BURKE, P.C.<br>460 Park Avenue, 21st Floor<br>New York, NY 10022<br>Tel: (212) 682-1700 | Christopher Lovell<br>lshllp@lshllp.com<br>Ian T. Stoll<br>istoll@lshllp.com<br>LOVELL STEWART HALEBIAN, LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel: (212) 608-1900 |
| Vincent Briganti<br>vbriganti@lowey.com<br>Geoffrey Milbank Horn<br>ghorn@lowey.com<br>LOWEY DANNENBURG COHEN & HART, P.C.<br>White Plains Plaza, Suite 509<br>One North Broadway<br>White Plains, NY 10601<br>Tel: (914) 997-0500 | Samuel H. Rudman<br>srudman@csgrr.com<br>Robert M. Rothman<br>rrothman@csgrr.com<br>COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP<br>58 South Service Rd., Suite 200<br>Melville, NY 11747<br>Tel: 631-367-1173 |
| Bernard Persky<br>bpersky@labaton.com<br>Gregory S. Asciolla<br>gasciolla@labaton.com<br>LABATON SUCHAROW, LLP<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700 | Christopher Gray<br>gray@cjgraylaw.com<br>CHRISTOPHER J. GRAY PC<br>460 Park Avenue, 21st Floor<br>New York, NY 10022<br>Tel: (212) 838-3221 |

*Counsel for Defendants*

| | |
|---|---|
| Stephen Senderowitz<br>ssendero@winston.com<br>David E. Mollon<br>dmollon@winston.com<br>Steven M. Schwartz<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel:  (212) 294-6700<br><br>*Counsel to Defendants Amaranth Advisors L.L.C., Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners, and Amaranth Advisors (Calgary) ULC* | Adam Hakki<br>ahakki@shearman.com<br>Kirsten Nelson<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel:  (212) 848-4000<br><br>*Counsel to Defendant Amaranth International* |
| Michael S. Kim<br>michael.kim@kobrekim.com<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 488-1200<br><br>*Counsel to  Defendant Brian Hunter* | Mark J. Stein<br>mstein@stblaw.com<br>Heather Shaffer<br>hshaffer@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Tel:  (212) 455-2000<br><br>*Counsel to Defendant Matthew Donohoe* |
| Geoffrey F. Aronow<br>geoffrey.aronow@hellerehrman.com<br>Andrew Levine<br>andrew.levine@hellerehrman.com<br>Thomas S. Kimbrell<br>tom.kimbrell@hellerehrman.com<br>Richard S. Goldstein<br>rgoldstein@hewm.com<br>HELLER EHRMAN LLP<br>1717 Rhode Island Avenue NW<br>Washington, D.C. 20036-3023<br>Tel:  (202) 912-2000<br><br>*Counsel to Defendant Nicholas M. Maounis* | Daniel J. Toal<br>dtoal@paulweiss.com<br>Eric S. Goldstein<br>egoldstein@paulweiss.com<br>Jason H. Wilson<br>jwilson@paulweiss.com<br>Marguerite S. Dougherty<br>mdougherty@paulweiss.com<br>Mark Floyd Pomerantz<br>mpomerantz@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel:  (212) 373-3000<br><br>*Counsel to Defendants J.P. Morgan Chase & Co.  and J.P. Morgan Futures, Inc.* |

2

Steven R. Goldberg
sgoldberg@mbfcc.com
One North End Avenue
World Financial Center
11th Floor, Suite 1107
New York, NY 10282-1101
Tel:  (212) 845-5100

*Counsel to Defendants James DeLucia and ALX Energy, Inc.*

Alan Kanzer
AKanzer@Alston.com
Craig Carpenito
craig.carpenito@alston.com
Karl Geercken
karl.geercken@alston.com
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400