UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION | : | Electronically Filed |
| This Document Relates to: | : | Master File No.: 07 Civ. 6377 (SAS) |
| ALL ACTIONS | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION OF DAVID E. MOLLÓN

I, DAVID E. MOLLÓN declare, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a member of Winston & Strawn LLP, counsel of record for Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Group Inc., and Amaranth Management Limited Partnership in this action. I submit this Declaration in support of the Memorandum of Law in Support of Motion to Dismiss the Corrected Consolidated Class Action Complaint by Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Group Inc., Amaranth Management Limited Partnership, and Nicholas Maounis.

2.  Attached hereto as Exhibit A is a true and correct copy of AALLC_REG0684055 through AALLC_REG0684056, an instant message between Brian Hunter and Matthew Donohoe dated February 23, 2006.

3.  Attached hereto as Exhibit B is a true and correct copy of AALLC_REG0684186 through AALLC_REG0684187, an instant message between Brian Hunter and Matthew Donohoe dated February 24, 2006.

2

4. Attached hereto as Exhibit C is a true and correct copy of through AALLC_REG0704931 through AALLC_REG0704932, an instant message between Brian Hunter and Matthew Donohoe dated February 24, 2006.

5. Attached hereto as Exhibit D is a true and correct copy of *In re Richardson Sec., Inc.*, Comm. Fut. L. Rep. (CCH) 21,145 (CFTC Jan. 27, 1981).

6. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: New York, New York
       June 23, 2008

                                            /s/ David E. Mollón
                                            DAVID E. MOLLÓN