# Exhibit C

.

| | |
|---|---|
| **From:** | windowsadmin@amaranthllc.com |
| **Sent:** | Friday, February 24, 2006 2:14 PM |
| **To:** | amaranth.dom@amaranth.digitalsafe.net |
| **Subject:** | SUBJECT: CONVERSATION PARTICIPANTS = BHUNTER@AMARANTHLLC.COM; MDONOHOE@AMARANTHLLC.COM |

```
X-ZANTAZ-MESSAGE-DATE: 02/24/2006 19:13:31; 02/24/2006 19:15:11; 02/24/2006 19:15:31;
02/24/2006 19:15:38; 02/24/2006 19:15:47; 02/24/2006 19:15:51; 02/24/2006 19:16:03;
02/24/2006 19:16:34; 02/24/2006 19:16:39; 02/24/2006 19:16:47; 02/24/2006 19:16:52;
02/24/2006 19:16:53; 02/24/2006 19:16:55; 02/24/2006 19:16:59; 02/24/2006 19:17:01;
02/24/2006 19:17:04; 02/24/2006 19:17:12; 02/24/2006 19:17:28; 02/24/2006 19:17:33;
02/24/2006 19:18:09; 02/24/2006 19:18:19; 02/24/2006 19:18:21; 02/24/2006 19:18:25;
02/24/2006 19:18:27; 02/24/2006 19:18:30; 02/24/2006 19:24:06; 02/24/2006 19:24:13;
02/24/2006 19:24:17; 02/24/2006 19:24:26; 02/24/2006 19:24:29; 02/24/2006 19:25:04;
02/24/2006 19:27:50; 02/24/2006 19:27:58; 02/24/2006 19:27:59; 02/24/2006 19:30:04;
02/24/2006 19:30:07; 02/24/2006 19:30:14; 02/24/2006 19:30:21; 02/24/2006 19:30:47;
02/24/2006 19:31:30; 02/24/2006 19:31:37; 02/24/2006 19:31:40; 02/24/2006 19:31:50;
02/24/2006 19:31:53; 02/24/2006 19:31:58; 02/24/2006 19:32:04; !
02/24/2006 19:32:23; 02/24/2006 19:32:27; 02/24/2006 19:32:34; 02/24/2006 19:32:39;
02/24/2006 19:32:52; 02/24/2006 19:32:59; 02/24/2006 19:33:34; 02/24/2006 19:33:40;
02/24/2006 19:33:43; 02/24/2006 19:34:52; 02/24/2006 19:34:58; 02/24/2006 19:35:14;
02/24/2006 19:35:18; 02/24/2006 19:35:21; 02/24/2006 19:37:54; 02/24/2006 19:38:16;
02/24/2006 19:38:18; 02/24/2006 19:38:21; 02/24/2006 19:38:24; 02/24/2006 19:38:38;
02/24/2006 19:38:41; 02/24/2006 19:38:44; 02/24/2006 19:38:45
X-ZANTAZ-PARTICIPANT-IMNAMES: hunteramaranth; mjtdonohoe
X-ZANTAZ-RECIPIENT-NAME: Brian Hunter; Matthew Donohoe
X-ZANTAZ-PARTICIPANT-IMNAMES: mjtdonohoe; hunteramaranth
X-ZANTAZ-SENDER-NAME: Matthew Donohoe; Brian Hunter
X-ZANTAZ-GUID: E192C6A0-9B22-4C5E-A02C-0BB848C06F355951645696632703
X-ZANTAZ-URL: notused
X-OriginalArrivalTime: 24 Feb 2006 19:40:21.0839 (UTC) FILETIME=[2652C5F0:01C6397A]


IM Network: AOL IM

IM Users:

participant=bhunter@amaranthllc.com "hunteramaranth"
participant=mdonohoe@amaranthllc.com "mjtdonohoe"

IM Dialog:

Friday, February 24, 2006 2:13:31 PM EST Matthew Donohoe started conversation.
Friday, February 24, 2006 2:13:31 PM EST Brian Hunter has entered the conversation.
Friday, February 24, 2006 2:13:31 PM EST Matthew Donohoe: 22 h/j Friday, February 24, 2006
2:13:31 PM EST Brian Hunter: IM Administrator: NOTE: This session is recorded and the
recording is the sole property of Amaranth.
Friday, February 24, 2006 2:13:31 PM EST Matthew Donohoe: IM Administrator: NOTE: This
session is recorded and the recording is the sole property of Amaranth.
Friday, February 24, 2006 2:15:11 PM EST Brian Hunter: 105 bid v/x Friday, February 24,
2006 2:15:31 PM EST Brian Hunter: nice Friday, February 24, 2006 2:15:38 PM EST Brian
Hunter: today came together quite nicely..
Friday, February 24, 2006 2:15:47 PM EST Brian Hunter: you can sell Maatt the jv7 Friday,
February 24, 2006 2:15:51 PM EST Brian Hunter: if you haven't done so Friday, February 24,
2006 2:16:03 PM EST Matthew Donohoe: done Friday, February 24, 2006 2:16:34 PM EST Brian
Hunter: we'll hit the rest near the end of this Friday, February 24, 2006 2:16:39 PM EST
Matthew Donohoe: what is fair for calhoun Friday, February 24, 2006 2:16:47 PM EST Matthew
Donohoe: y Friday, February 24, 2006 2:16:52 PM EST Brian Hunter: 65 Friday, February 24,
2006 2:16:53 PM EST Matthew Donohoe: i have h/j to roll Friday, February 24, 2006 2:16:55
PM EST Matthew Donohoe: 450 Friday, February 24, 2006 2:16:55 PM EST Brian Hunter: I am
```

1

thnking Friday, February 24, 2006 2:16:59 PM EST Matthew Donohoe: could just sell j Friday, February 24, 2006 2:17:01 PM EST Brian Hunter: nothing realyl moving but H Friday, February 24, 2006 2:17:04 PM EST Matthew Donohoe: if you want Friday, February 24, 2006 2:17:12 PM EST Brian Hunter: your pick Friday, February 24, 2006 2:17:28 PM EST Brian Hunter: 68 jv Friday, February 24, 2006 2:17:33 PM EST Brian Hunter: 66/70 Friday, February 24, 2006 2:18:09 PM EST Matthew Donohoe: 68's done with calhoun Friday, February 24, 2006 2:18:19 PM EST Brian Hunter: maybe leave the j's Friday, February 24, 2006 2:18:21 PM EST Brian Hunter: doen sell them Friday, February 24, 2006 2:18:25 PM EST Brian Hunter: lets roll off more Friday, February 24, 2006 2:18:27 PM EST Brian Hunter: its a good level Friday, February 24, 2006 2:18:30 PM EST Matthew Donohoe: ok Friday, February 24, 2006 2:24:06 PM EST Matthew Donohoe: yo how are the cals holding Friday, February 24, 2006 2:24:13 PM EST Brian Hunter: strong Friday, February 24, 2006 2:24:17 PM EST Matthew Donohoe: just trying to get an estimate for rricky Friday, February 24, 2006 2:24:26 PM EST Brian Hunter: 25 Friday, February 24, 2006 2:24:29 PM EST Brian Hunter: ish Friday, February 24, 2006 2:25:04 PM EST Matthew Donohoe: good Friday, February 24, 2006 2:27:50 PM EST Brian Hunter: stay ong the j Friday, February 24, 2006 2:27:58 PM EST Brian Hunter: we'll be able to sell it better Friday, February 24, 2006 2:27:59 PM EST Matthew Donohoe: ok Friday, February 24, 2006 2:30:04 PM EST Brian Hunter: 7.1507.3507.5207.6577.7927.8747.9458.0409.08210.10410.77410.80110.5798.7298.5298.5998.6848.7548.7648.8349.43910.00410.38910.36910.1798.1447.9548.0248.0828.1478.1548.2148.7729.3329.7579.7479.5557.5407.3357.4057.4707.5307.5407.6008.1958.7659.2109.2059.0107.0306.8706.9156.9657.0157.0007.0507.6208.1908.7708.7608.5857.1956.9757.0557.0807.1207.1057.1457.6158.035 Friday, February 24, 2006 2:30:07 PM EST Brian Hunter: what' do you think? Friday, February 24, 2006 2:30:14 PM EST Brian Hunter: of this curve? Friday, February 24, 2006 2:30:21 PM EST Matthew Donohoe: h will setlle lower Friday, February 24, 2006 2:30:47 PM EST Matthew Donohoe: and h/j wider Friday, February 24, 2006 2:31:30 PM EST Matthew Donohoe: nice Friday, February 24, 2006 2:31:37 PM EST Brian Hunter: I am flexing here Friday, February 24, 2006 2:31:40 PM EST Matthew Donohoe: looking preety bang on Friday, February 24, 2006 2:31:50 PM EST Matthew Donohoe: we already mimiced Friday, February 24, 2006 2:31:53 PM EST Matthew Donohoe: lol Friday, February 24, 2006 2:31:58 PM EST Matthew Donohoe: rrrrrrrrrrrrrrrrrr Friday, February 24, 2006 2:32:04 PM EST Brian Hunter: hahahahaha Friday, February 24, 2006 2:32:23 PM EST Matthew Donohoe: 2nd best...sept/oct last year still the best Friday, February 24, 2006 2:32:27 PM EST Matthew Donohoe: oh yeag Friday, February 24, 2006 2:32:34 PM EST Brian Hunter: y Friday, February 24, 2006 2:32:39 PM EST Brian Hunter: where is Calhoun? Friday, February 24, 2006 2:32:52 PM EST Matthew Donohoe: jsut stepped off Friday, February 24, 2006 2:32:59 PM EST Matthew Donohoe: hey red h/j Friday, February 24, 2006 2:33:34 PM EST Brian Hunter: y Friday, February 24, 2006 2:33:40 PM EST Brian Hunter: tighter Friday, February 24, 2006 2:33:43 PM EST Brian Hunter: I lef twider Friday, February 24, 2006 2:34:52 PM EST Matthew Donohoe: 22 h/j Friday, February 24, 2006 2:34:58 PM EST Matthew Donohoe: should pay you a bit more Friday, February 24, 2006 2:35:14 PM EST Brian Hunter: yeah Friday, February 24, 2006 2:35:18 PM EST Brian Hunter: I might adjust a little Friday, February 24, 2006 2:35:21 PM EST Matthew Donohoe: nice and concervative on cals spreads too Friday, February 24, 2006 2:37:54 PM EST Matthew Donohoe: check v/f on the floor Friday, February 24, 2006 2:38:16 PM EST Brian Hunter: where is it on box? Friday, February 24, 2006 2:38:18 PM EST Brian Hunter: any market Friday, February 24, 2006 2:38:21 PM EST Brian Hunter: it was pretty bid Friday, February 24, 2006 2:38:24 PM EST Matthew Donohoe: 165/74 Friday, February 24, 2006 2:38:38 PM EST Matthew Donohoe: i asked and got wider just before close Friday, February 24, 2006 2:38:41 PM EST Brian Hunter: 75 will be settle Friday, February 24, 2006 2:38:44 PM EST Matthew Donohoe: y Friday, February 24, 2006 2:38:45 PM EST Brian Hunter: 105 bid v/x

CONFIDENTIAL TREATMENT REQUESTED

AALLC_REG0704932