**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

This Document Relates to:

ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Master File No.: 07 Civ. 6377 (SAS)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON ORAL MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

Upon the oral motion of David E. Mollón, attorney for Defendants Amaranth
Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Group Inc., Amaranth
Management Limited Partnership, Amaranth Capital Partners LLC and Amaranth Partners LLC
(collectively "Amaranth");

**IT IS HEREBY ORDERED** that

Stephen J. Senderowitz
Kristen Victoria Grisius
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(T) (312) 558-5600
(F) (312) 558-5700
ssenderowitz@winston.com

are admitted to practice *pro hac vice* as counsel for Amaranth in the above captioned case in the
United States District Court for the Southern District of New York. All attorneys appearing
before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. Counsel shall file a certificate of good standing and forward the *pro hac
vice* fee to the Clerk of Court.

Dated: New York, New York
     July 7, 2008

                                      United States District Judge

2